■ CATHERINE M. HEARY, Respondent, v DENISE HIBIT et al., Appellants. (Appeal No. 2.) [29 NYS3d 203]—Appeal from an order of the Supreme Court, Erie County (John L. Michalski, A.J.), entered July 21, 2014. The order, insofar as appealed from, denied that part of the motion of defendants to compel plaintiff to submit to an independent medical examination by an orthopedist.

It is hereby ordered that the order insofar as appealed from is unanimously reversed on the law without costs and defendants' motion is granted in its entirety.

Same memorandum as in *Heary v Hibit* ([appeal No. 1] 138 AD3d 1385 [2016]). Present—Whalen, P.J., Centra, Lindley, Troutman and Scudder, JJ.

■ TERRY DUNN, Appellant, v DARNELL GARRETT et al., Respondents. (Appeal No. 1.) [29 NYS3d 204]—Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered October 2, 2014 in a personal injury action. The order denied plaintiff's motion to, inter alia, set aside the jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Carni, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.